# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON OLAH,<br>VERONICA OLAH, and<br>JOHN OLAH, | Civil Action No. 04 - 0219 |
| Plaintiffs, | Honorable Gary L. Lancaster |
| v. | |
| THE BOROUGH OF BRENTWOOD,<br>ROBERT VICKLESS, SCOTT HARDING,<br>THE BOROUGH OF BALDWIN,<br>TOM KEARNS, BRIAN HENDERSON,<br>INDIVIDUALLY, | |
| Defendants. | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2005, upon careful consideration and review of the Plaintiffs' Motion in Limine and Brief in Support thereof, the Plaintiffs' Motion is granted. Exhibits A, B and C listed by Defendants Borough of Brentwood, Robert Vickless and Scott Harding in their Pretrial Statement are hereby excluded from evidence. Additionally, Exhibits A and L listed by Defendants Borough of Baldwin, Tom Kearns and Brian Henderson in their Pretrial Statement are hereby excluded from evidence.

AND NOW, THIS 3rd DAY OF Feb 06, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

*/s/ Gary L. Lancaster*
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

BY THE COURT:

_____ J.