IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON OLAH, VERONICA OLAH and JOHN OLAH,<br><br>Plaintiffs,<br><br>vs.<br><br>THE BOROUGH OF BRENTWOOD, ROBERT VICKLESS, SCOTT HARDING, THE BOROUGH OF BALDWIN, TOM KEARNS, BRIAN HENDERSON, Individually,<br><br>Defendants. | Civil Action No. 04-0219<br><br>Honorable Gary L. Lancaster |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 2005, it is hereby ORDERED and DECREED Plaintiffs, Plaintiffs' counsel, and Plaintiffs' witnesses or representatives, are barred from mentioning proceedings involving or arising from the encounter Brentwood law enforcement had with Mr. Johnny Gammage, alleged negative professional and social conduct of John Vojtas or similar sensational cases.

BY THE COURT;

AND NOW, THIS 3rd DAY OF Feb 06, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

_____
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

_____
Judge